# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0003. EULLA MAE GUEYE v. MUHAMMAD IJAZ QURESHI.

Muhammad Qureshi filed a dispossessory action against Eulla Gueye in magistrate court seeking a writ of possession and unpaid rent.  Gueye answered and asserted a counterclaim. After a hearing, the magistrate court issued a writ of possession and awarded past due rent to Qureshi. The magistrate court did not rule on the counterclaim, instead transferring it to superior court. Gueye then filed a petition for review of the magistrate court's dispossessory judgment, but the superior court dismissed the petition on June 17, 2025, after she failed to appear for a scheduled hearing.[1] On July 18, 2025, Gueye filed this application for discretionary appeal. We, however, lack jurisdiction.

To be timely, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516 (915 SE2d 91) (2025); *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Gueye's application is untimely because it was filed 31 days after the superior court's dismissal order. See OCGA § 44-7-56 (b) (1); *Stubbs*, 375 Ga. App. at 516; *Radio Sandy*

---

[1] Gueye asserts that her counterclaim remains pending in superior court as a separate action.

*Springs, Inc.*, 311 Ga. App. at 335-336.

      Accordingly, we lack jurisdiction over this untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* __08/13/2025__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*